IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONOR LOPEZ,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:11-cv-01657 AWI JLT<br><br>ORDER GRANTING STIPULATION OF DISMISSAL<br><br>(Doc. 16) |

On December 5, 2011, the filed a joint stipulation of dismissal. (Doc. 16) The parties agree that the matter will be dismissed and, in exchange for Plaintiff dismissing the matter, Defendant will waive its costs. Id.

Therefore, good cause appearing,

1.　The stipulation for dismissal is **GRANTED**;

2.　The parties will bear their own costs;

3.　All hearing dates are **VACATED**.

4.　The matter is **CLOSED**.

IT IS SO ORDERED.

Dated:　December 6, 2011

　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE